CARLEEN R. ARLIDGE     SBN 079725     **CHAMBERS COPY**
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861

Attorney For Defendant
DERRICK VU

**FILED**

OCT -6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERRICK TAI DUY VU, <br><br> Defendant. | CASE NO. CR-05-00723 JW (RS) <br><br> [~~PROPOSED~~] AS <br><br> **ORDER MODIFYING TERMS AND CONDITIONS OF RELEASE** <br> **[Electronic Monitoring]** |

Upon application of the Defendant, DERRICK TAI DUY VU, by and through counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that the terms and conditions of the defendant's release are modified to delete the requirement for electronic monitoring. All other terms and conditions remain as previously ordered.

IT IS SO ORDERED

Dated: 10/6/06

RICHARD SEEBORG
United States Magistrate Judge