1  CARLEEN R. ARLIDGE      SBN 079725
   Attorney At Law
2  111 West St. John Street, Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4
   Attorney For Defendant
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )      NO.  CR-05-00723 JW
12                        Plaintiff,     )
                                         )
13  vs.                                  )
                                         )      [PROPOSED]
14  DERRICK TAI DUY VU,                  )      ORDER CONTINUING SENTENCING
                                         )
15                        Defendant.     )
    _____)
16

17
            Upon stipulation of the parties and good cause appearing therefore, the sentencing hearing
18
    for Defendant Derrick Tai Duy Vu in the above-entitled matter is continued to August 6, 2007 at 1:30
19
    p.m.
20

21
    Dated:    June 1 2007                       _____
22                                              JAMES WARE
                                                United States District Judge
23

24

25

26

27

28